# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Clark McCarthy Healthcare Partners II | ) | ASBCA No. 60833 |
| | ) | |
| Under Contract No. W9126G-13-C-0004 | ) | |

APPEARANCES FOR THE APPELLANT:     Eric L. Nelson, Esq.
Harry Z. Rippeon III, Esq.
  Smith, Currie & Hancock LLP
  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Charles L. Webster III, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 13 July 2017

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60833, Appeal of Clark McCarthy Healthcare Partners II, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals